**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-60 JCM (LRL) |
| Plaintiff(s), | ORDER |
| v. | |
| LAANCE GRANDBERRY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Grandberry et al.*, 2:07-cr-00060-JCM-VCF-2.

*Pro se* defendant Laurice McCurdy file a motion for return of property. The motion requests that "personal property and miscellaneous paperwork" seized in event number 070210-0827, on February 10, 2007, by the Las Vegas Metropolitan Police Department be returned because the case is now closed. (ECF No. 163).

Defendant provides no further details or explanation as to this underlying event or the property sought. Thus, the court is unable to grant relief. Therefore, defendant's motion will be denied.

Accordingly,

IT IS HEREBY ORDERED that defendant McCurdy's motion for return of property (ECF No. 163) be, and the same hereby is, DENIED.

DATED December 7, 2016.

_____
UNITED STATES DISTRICT JUDGE