UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ISSAH ABUBAKER | ) ) |
| Defendant. | ) ) |

2:07-CR-060-JCM-VCF

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#75) on January 29, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: THE HOME DEPOT
Amount of Restitution: $3,000.00

**Total Amount of Restitution ordered: $3,000.00\*\***
\*\*Joint and Several with co-defendant Lance Grandberry

Dated this _19th_ day of December, 2016.

UNITED STATES DISTRICT JUDGE