UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,  )
                                                  )
        Plaintiff,                )   2:07-CR-060-JCM-VCF
                                                  )
vs.                                                  )
                                                  )
ISSAH ABUBAKER                 )
                                                  )
        Defendant.              )

<u>ORDER</u>

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#75) on January 29, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: THE HOME DEPOT
    Amount of Restitution: $3,000.00

    **Total Amount of Restitution ordered: $3,000.00\*\***
    \*\*Joint and Several with co-defendant Lance Grandberry

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE